575                                                    576

■

247 So.2d 394

**Louise Hano BORER**

v.

**SECURITY INDUSTRIAL INSUR-
ANCE COMPANY.**

No. 51339.

May 13, 1971.

In re: Louise H. Borer applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 245 So.2d 5.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

247 So.2d 394

**Ernie BREWER**

v.

**The TRAVELERS INSURANCE
COMPANY.**

No. 51340.

May 13, 1971.

In re: Ernie Brewer applying for certiorari or writ of review to the Court of

Appeal, First Circuit, Parish of St. Mary. 244 So.2d 909.

Writ refused. On the facts found by the Court of Appeal there is no error in the judgment complained of.

SANDERS, BARHAM, and TATE, JJ., are of the opinion that a writ should be granted because of a conflict in the jurisprudence.